IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY and DOES 1–50,<br><br>　　　　　Defendants. _____/ | No. 15-cv-5342-CRB<br><br>**ORDER TO SHOW CAUSE** |

On April 21, 2016, Plaintiff failed to appear for an initial case management conference.  See CMC (dkt. 16).  Nothing has been filed since.  The Court ORDERS Plaintiff to show cause within 14 days why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: March 10, 2017

　　　　　　　　　　　　　　　　　　　　CHARLES  R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1