IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY MARTINEZ,

Plaintiff,

v.

ALAMEDA COUNTY and DOES 1–50,

Defendants.

_______________________________________/

No. 15-cv-5342-CRB

**ORDER DISMISSING CASE**

On April 21, 2016, Plaintiff failed to appear for a case management conference. See CMC (dkt. 16). On March 10, 2017, the Court ordered Plaintiff to show cause within 14 days why this case should not be dismissed for failure to prosecute, as nothing had been filed since. See OSC (dkt. 17). Plaintiff did not respond within that time period. The Court therefore DISMISSES the case WITH PREJUDICE under Federal Rule of Civil Procedure 41(b). See Semtek Intern. Inc. v. Lockheed Martin Corp., 531 U.S. 497, 505 (2001).

**IT IS SO ORDERED.**

Dated: March 28, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California