IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MARTINEZ, | No. 15-cv-5342-CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALAMEDA COUNTY and DOES 1–50, | |
| Defendants. | |

On March 28, 2017, the Court dismissed this case with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the Defendants and against the Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 28, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE